**Susan M Gray Law Offices Inc.**
22255 Center Ridge Rd Ste 210
Rocky River OH 44116-3979

# Invoice (FA)

Invoice #: 10285
Invoice Date: 5/31/2013

| Terms |
|---|
| NOTICE ONLY - Do Not Pay |
| A Fee Application will be submitted. Please review the fees for these services. If you consent, please sign the statement on the last page and return this invoice to our office. |

Ms. Cynthia Conner
4387 E. 143rd St.
Cleveland, OH 44128

| ID | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| SMG | 3/18/2013 | Called; not prepared; will get data together and then call--discussed issues - | 0.25 | 250.00 | 62.50 |
| SMG | 3/18/2013 | Meet to review financial situation; review options and make recommendations; make notes and plans for follow up; discuss fee and disclosures - | 2.18333 | 250.00 | 545.83 |
| SMG | 3/18/2013 | Review documents and prepare petition and schedules; review public websites for addresses and interests - | 2.53333 | 250.00 | 633.33 |
| SMG | 3/20/2013 | Meet for final review; make revisions; discuss issues and potential outcomes; review plan and payment instructions; plan for follow up - | 2 | 250.00 | 500.00 |
| SMG | 3/21/2013 | Prepare post filing checklist; complete checklist items and calendar for follow up those items that cannot yet be done - | 1.53333 | 250.00 | 383.33 |
| Costs | 3/21/2013 | Costs Postage $1.12 - | | 1.12 | 1.12 |
| Costs | 3/21/2013 | Costs Postage $2.70  Notice of Stay - | | 2.70 | 2.70 |
| Costs | 3/21/2013 | Costs-Copies $1.50 - | | 1.50 | 1.50 |

Attorneys: SMG, JNB, MBR, JEM
Staff: LJB, ABN, MVG, ACW, ES, CC, CP

**Total**

**Payments/Credits**

**Balance Due**

Phone #  (440) 331-3949
Fax:      (440) 331-8160
E-Mail    smgray@smgraylaw.com

Page 1

13-11877-aih    Doc 18-1    FILED 07/08/13    ENTERED 07/08/13 15:11:11    Page 1 of 3

# Susan M Gray Law Offices Inc.
22255 Center Ridge Rd Ste 210
Rocky River OH 44116-3979

# Invoice (FA)

**Invoice #:** 10285
**Invoice Date:** 5/31/2013

| Terms |
|---|
| NOTICE ONLY - Do Not Pay |
| A Fee Application will be submitted. Please review the fees for these services. If you consent, please sign the statement on the last page and return this invoice to our office. |

Ms. Cynthia Conner
4387 E. 143rd St.
Cleveland, OH 44128

| ID | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| SMG | 4/10/2013 | Review docket for status; calendar meeting of creditors; inform Ms. Conner with instructions by e-mail; file form 23B | 0.25 | 250.00 | 62.50 |
| SMG | 5/1/2013 | Conference with creditor claiming to be mortgage lender; review e-mail correspondence from different creditor claiming to be mortgage lender; notes for follow up | 0.25 | 250.00 | 62.50 |
| SMG | 5/22/2013 | Review claims note claim not filed by mother; call to Ms Conner to discuss | 0.25 | 250.00 | 62.50 |
| SMG | 5/31/2013 | Review e-mail from trustee regarding resolution of Paragraph 11 issue; respond and plan for follow up; Call to discuss issues with rights and responsibilities and also to discuss claim to be filed by mother; schedule for follow up on adversary proceeding | 0.25 | 250.00 | 62.50 |
| Costs | 3/27/2013 | | | 50.00 | 50.00 |
| | 4/6/2013 | Filing Fee | | 281.00 | 281.00 |
| | | Total Reimbursable Expenses | | | 331.00 |
| | | Apply Costs and Filing Fees Deposit | | -331.00 | -331.00 |

Attorneys: SMG, JNB, MBR, JEM
Staff: LJB, ABN, MVG, ACW, ES, CC, CP

Phone #   (440) 331-3949
Fax:      (440) 331-8160
E-Mail    smgray@smgraylaw.com

**Total**

**Payments/Credits**

**Balance Due**

**Susan M Gray Law Offices Inc.**
22255 Center Ridge Rd Ste 210
Rocky River OH 44116-3979

# Invoice (FA)

**Invoice #:** 10285
**Invoice Date:** 5/31/2013

| Terms |
|---|
| NOTICE ONLY - Do Not Pay |
| A Fee Application will be submitted. Please review the fees for these services. If you consent, please sign the statement on the last page and return this invoice to our office. |

Ms. Cynthia Conner
4387 E. 143rd St.
Cleveland, OH 44128

| ID | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | * * * * * * * * * * * * * * * * * * * * * <br> I reviewed this invoice and I consent to the payment of these fees. <br><br> _____ <br> Signature <br><br> _____ <br> Date <br><br> * * * * * * * * * * * * * * * * * * * * * | | | 0.00 |

Attorneys: SMG, JNB, MBR, JEM
Staff: LJB, ABN, MVG, ACW, ES, CC, CP

Phone # (440) 331-3949
Fax: (440) 331-8160
E-Mail smgray@smgraylaw.com

| | |
|---|---|
| **Total** | $2,380.31 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $2,380.31 |